**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01265-CMA-KMT

PETER BARNES, an individual,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation
operating as a Colorado foreign corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal of Case With Prejudice (Doc. # 12), signed by the Plaintiff and the attorney for the Defendant, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  July  24 , 2014

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge